UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                                      :
JACQUELINE JACKSON and WALTER GREENE,                                 :
                                                                      :
                            Plaintiffs,                               :
                                                                      :
            -v-                                                       :   25 Civ. 6975 (JPC)
                                                                      :
NEIGHBORHOOD ASSOCIATION FOR INTER-                                   :   ORDER
CULTURAL AFFAIRS, INC. d/b/a NAICA, *et al.*,                         :
                                                                      :
                            Defendants.                               :
                                                                      :
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

In light of the standing order referring this case to mediation, *see* Dkt. 20, the conference scheduled for November 20, 2025, at 2:00 p.m. is adjourned *sine die*. The parties should file a joint status letter to the Court about the status of mediation one week after the conclusion of any mediation conference or by January 1, 2026, whichever is earlier.

SO ORDERED.

Dated: November 12, 2025
       New York, New York

                                                                          _____
                                                                               JOHN P. CRONAN
                                                                          United States District Judge