UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                            :

JACQUELINE JACKSON and WALTER GREENE,     :

             Plaintiffs,                 :

           -v-                       :                25 Civ. 6975 (JPC)

NEIGHBORHOOD ASSOCIATION FOR INTER-     :                   ORDER
CULTURAL AFFAIRS, INC. d/b/a NAICA, *et al.*,    :

            Defendants.            :

------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Counsel for all parties are ordered to appear before the undersigned for a conference on February 17, 2026, at 2:00 p.m.  Unless the Court orders otherwise, the Court will conduct the conference by teleconference on Webex.  At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307.  Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

       No later than seven days prior to the conference, the parties shall submit an updated joint letter and case management plan, proposing new discovery deadlines and informing the Court of any developments since the parties' November 13, 2025 joint submission.  *See* Dkt. 23.

       SO ORDERED.

Dated: January 27, 2026
       New York, New York                           _____
                                                JOHN P. CRONAN
                                     United States District Judge